RECEIVED

JUN 2 4 2013

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| ARNOLD LEONG, ET AL. | CIVIL ACTION 6:12cv-00711 |
| VERSUS | JUDGE DOHERTY |
| CELLCO PARTNERSHIP, ET AL. | MAGISTRATE JUDGE HANNA |

### JUDGMENT

This matter was referred to United States Magistrate Judge Patrick J. Hanna for report and recommendation. After an independent review of the record, and noting the absence of any objections, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own.

Accordingly, **IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that AT&T Inc.'s motion to dismiss for lack of personal jurisdiction (Rec. Doc. 50) is GRANTED and the claims asserted against it in this lawsuit are dismissed, consistent with the report and recommendation.

Signed at Lafayette, Louisiana, this 24 day of June 2013.

Rebecca F. Doherty
United States District Judge